STATE OF CONNECTICUT *v.* JOHN SLATER

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 288 (AC 26356), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the victim's statements to civilian bystanders were not testimonial under the confrontation clause?

"2. Did the Appellate Court properly conclude that the victim's statements to medical personnel were not testimonial under the confrontation clause?

"3. Did the Appellate Court properly conclude that the failure to give an instruction on the jailhouse informant was harmless?"

The Supreme Court docket number is SC 17794.

*William B. Westcott,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided December 15, 2006